UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINGLING FAN,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE 18TH POLICE PRECINCT; NEW YORK STATE ATTORNEY GENERAL'S OFFICE (MANHATTAN CRIMINAL COURT DIVISION); SAKS OFF 5TH,<br><br>                              Defendants. | 24cv8910 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the March 6, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   April 16, 2025
             New York, New York

                                                                     /s/ Laura Taylor Swain
                                                                       LAURA TAYLOR SWAIN
                                                         Chief United States District Judge